# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Levitt, a.k.a. Joe Levitt, Mina Levitt and The Second Levitt Family Trust and Sol Levitt,<br><br>    Plaintiffs,<br><br>v.<br><br>Lexington Insurance Company, a Massachusetts Corporation and DOES 1 - 20, inclusive.<br><br>    Defendants. | Case No. CV 10-09552-GAF (RCGx)<br><br>Assigned for All Purposes to the Honorable Judge Gary Allen Feiss<br><br>**ORDER ON STIPULATION VOLUNTARILY DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT LEXINGTON INSURANCE COMPANY** |

The Court, having reviewed the Stipulation of the Parties hereto, and **GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY ORDERS AS FOLLOWS:**

///

///

///

1

The above-captioned Complaint and claims of Plaintiffs JOSEPH LEVITT, A.K.A. JOE LEVITT, MINA LEVITT and THE SECOND LEVITT FAMILY TRUST and SOL LEVITT, against Defendant LEXINGTON INSURANCE COMPANY, are hereby dismissed without prejudice.

DATED: April 29, 2011

_____
Honorable Gary Allen Feess
UNITED STATES DISTRICT
COURT JUDGE

**ORDER ON STIPULATION VOLUNARILY DISMISSING PLAINTIFFS' CLAIMS AGAINT DEFENDANT LEXINGTON INSURANCE COMPANY**